An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN WATKINS,
Appellant,

vs.

PATRICIA M. ERICKSON,
Respondent.

No. 65720

**FILED**

JUL 2 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal docketed in this court on May 21, 2014, without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within the ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Nancy L. Allf, District Judge
Jonathan Edward Watkins
Travis E. Shetler
Eighth District Court Clerk

---

[1] In light of this order, respondent's motion requesting the court to dismiss this appeal is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-24520